IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF ROCHESTER,<br><br>Plaintiff,<br><br>*v.*<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Court File No.<br>95-517C<br><br>Judge George W. Miller |

SUBMISSION OF PLAINTIFF FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF ROCHESTER PURSUANT TO THE COURT'S OPINION AND ORDER OF APRIL 13, 2007

Plaintiff First Federal Savings and Loan Association of Rochester ("Plaintiff") files this pleading pursuant to the Opinion and Order issued by the Court on April 13, 2007 ("Order"). At page 69 of the Order, the Court ordered that "Plaintiff shall file on or before May 15, 2007, a revised calculation of the proceeds that First Federal would have received from a standard conversion in 1993, taking into account the Court's findings described above."

Pursuant to the Order, Plaintiff submits the attached report of Dr. Kaplan, entitled "Revised Damage Calculation." In that report, Dr. Kaplan follows the identical process described in his trial testimony to respond to the Order. Dr. Kaplan has also attached three sets of exhibits to his Revised Damage Calculation to assist the Court in reviewing the Revised Damage Calculation and understanding how the revisions correspond to the exhibits admitted at trial.

Dr. Kaplan's conclusions are summarized at page 6 of his report. In particular, the offset as recalculated is $11.122 million if $7.4 million in tax benefits are excluded, and $8.061 million if $7.4 million in tax benefits are included.

In addition to an electronic filing, Plaintiff will hand deliver courtesy copies of this pleading and attachments to chambers, and to counsel for the United States. Should the Court desire any further explanation or detail, Counsel for Plaintiff and Dr. Kaplan are generally available at the Court's request.

Respectfully submitted,

s/David T. Case
David T. Case
Joseph J. Brigati
Brendon P. Fowler
Kirkpatrick & Lockhart Preston
Gates Ellis LLP
1601 K Street, N.W.
Washington, D.C. 20006

Attorneys for Plaintiff First Federal Savings and Loan Association of Rochester

Date: May 15, 2007