IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF ROCHESTER,<br><br>Plaintiff,<br><br>*v.*<br><br>THE UNITED STATES,<br><br>Defendant. | Court File No. 95-517 |

REVISED DAMAGE CALCULATION BY DR. DONALD M. KAPLAN

The Opinion and Order of the Court filed April 13, 2007 directed Plaintiff to file a revised calculation of damages in accordance with the Court's findings. Such calculation is to include (a) a revised calculation of the proceeds that First Federal would have received from a standard conversion in 1993, taking into account the Court's findings; and (b) based on such conversion proceeds, a revised calculation of the offset or reduction in the damages of $96.581 million that Defendant is entitled to receive on account of any net benefits Plaintiff received from the CT acquisition.

Based on my review of the Opinion and Order, the Court made two findings that affect my calculation of the conversion proceeds First Federal would have received from a standard conversion in 1993. First, the Court found that the portfolio restructuring transactions undertaken in advance of the CT acquisition caused First Federal to lose $2,096,250 in revenue instead of the $11,500,000 claimed at trial. Because my calculation of the conversion proceeds was predicated on the assumption that First Federal would have had the tax adjusted benefit of the higher sum in its preconversion capital, the Court's finding requires a reduction of the conversion proceeds as

explained more fully below. Second, the Court found that First Federal lost $7.391 million in tax savings due to the premature lapse of its NOLs resulting from the CT acquisition. My calculations of the conversion proceeds excluded the effect of the $7.391 million in lost NOL tax savings because those losses had not been focused upon as an element of its damages at the time I performed those calculations.[1] Since the loss of those tax savings caused First Federal's preconversion capital to be lower (like the lost revenue from the restructuring transactions), it seems reasonable to account for them in any new calculation of conversion proceeds.

In preparing this revised calculation, I have reviewed the Court's Opinion and Order, the relevant portions of my trial testimony and the damages model that I used to prepare my opinion at trial. I also have reviewed the relevant portions of the trial testimony of Defendant's expert, Dr. David Rochester. I have followed the identical procedure that I described in my trial testimony.[2] The changes appropriate to the recalculation affect several exhibits, and I have prepared three sets of exhibits to assist the Court in reviewing my revised calculations:

1. The first set of exhibits is included as a reference point and consists of those presented at trial, namely PX 8000, pages 59, 60, 73, 76, and 77, with cells that are affected by the recalculation highlighted in yellow. Each page of that first set of exhibits is labeled "As Admitted at Trial" and, except for the highlighting, is identical to those admitted at trial.

2. The second set of exhibits mirrors the first, except that the changes due to my recalculation of the conversion proceeds (as discussed more fully below) are shown and highlighted in yellow, and each page is labeled "Recalculated Pursuant to the Court's Order (No Tax Benefit)."

---

[1] The lost NOL tax savings were added as an element of Plaintiff's damages pursuant to the Court's Order of April 30, 2004 pursuant to Plaintiff's Motion For Leave To Amend Certain Damage Figures In Plaintiff's Memorandum of Contentions Of Fact And Law dated April 8, 2004.

[2] See Trial Transcript pages 3095-3125.

3. The third set of exhibits mirrors the second, but reflects the benefit of the $7.4 million tax benefit that was not included in my offset calculation presented at trial. As discussed below, that tax benefit would have increased First Federal's preconversion capital by $7.4 million and, therefore, would have enhanced the Bank's value correspondingly. As noted above, it was omitted in my earlier calculations because they were completed before the $7.4 million in damages caused by the loss of First Federal's NOLs had been focused upon as an element of its damages. This third set of exhibits is labeled "Recalculated Pursuant to the Court's Order-$7.4 Million Tax Benefit."

My understanding of the Court's Opinion and Order as it relates to the restructuring transactions is summarized in the table below. The restructuring costs identified at page 56 of the Opinion and Order total $2,096,250, and are summarized below.

## Summary of Restructuring Costs Pursuant to the Court's Order (Thousands of Dollars)

| | | | Restructuring Cost Pursuant to the Court's Order | | |
|---|---|---|---|---|---|
| Quarter | Number of Months | Restructuring Cost Presented at Trial | $487,500 per Month | $48,750 per Month | Total |
| (a) | (b) | (c) | (d) | (e) | (g) |
| Jun 91 | 2 | $ 1,000.000 | $ 975.000 | $ 97.500 | $ 1,072.500 |
| Sep 91 | 3 | 1,500.000 | - | 146.250 | 146.250 |
| Dec 91 | 3 | 1,500.000 | - | 146.250 | 146.250 |
| Mar 92 | 3 | 1,500.000 | - | 146.250 | 146.250 |
| Jun 92 | 3 | 1,500.000 | - | 146.250 | 146.250 |
| Sep 92 | 3 | 1,500.000 | - | 146.250 | 146.250 |
| Dec 92 | 3 | 1,500.000 | - | 146.250 | 146.250 |
| Mar 93 | 3 | 1,500.000 | - | 146.250 | 146.250 |
| | | $ 11,500.000 | $ 975.000 | $ 1,121.250 | $ 2,096.250 |

Source: Opinon and Order, April 13, 2007, page 56

The first recalculation, which excludes the $7.4 million in lost tax benefits, requires only two sets of changes to the damage model. First, the precise losses shown in column (g) above were entered into the damage model. The annual totals, which appear on PX 8000, page 73,

Recalculated Pursuant to the Court's Order, are $1.365 million for 1991, $0.585 million for 1992, and $0.146 million for 1993, a total of $2.096 million. This change causes First Federal's pre-conversion net worth to fall by the after-tax amount[3] of the restructuring cost adjustment.

The second change is the adjustment of the gross proceeds of First Federal's 1993 conversion to reflect the lower pre-conversion net worth caused by the recalculated restructuring costs. In order to exactly reflect the impact of the reduction in pre-conversion net worth on the conversion proceeds, my recalculation holds First Federal's pro forma price/book ratio constant at 58.97% (as in my original calculations) when I applied the conversion pricing formula. As I explained during my testimony at trial, I consider the pro forma price/book ratio to be the most reliable measure for use in estimating the amount of capital to be expected from a conversion.[4] As a result, the gross proceeds of the conversion drop from $220.000 million to $211.750 million. (Compare the exhibits PX 8000, page 60, "First Federal Conversion Proceeds, Earnings and Market Price Ratios," "As Admitted at Trial" and "As Recalculated-Without Tax Benefit.") The reduced proceeds amount flows through the conversion pricing formula and allows the model to calculate the effect on the offset of both the revised restructuring costs and the reduced conversion proceeds. Therefore, the first recalculated offset amount is $11.122 million, compared to the prior amount of $7.962 million. (Compare the first two versions of exhibit PX 8000, page 73, Column F, "As Admitted at Trial" and "As Recalculated-No Tax Benefit".)

---

[3] As in the case of my original calculations, I have adjusted the additional income by the taxes that would have been paid on it in order to calculate its net effect on capital.

[4] "But at the end of the day, it is my opinion that First Federal of Rochester's conversion valuation, based on this information and all of what has preceded it, would be approximately priced at a 60 percent price to pro forma capital ratio, as calculated in and spelled out in the required pricing formula in the regs and the conversion guidelines documents." [Transcript: 3094:11:17] "So that ratio is approximately the 60 percent ratio; it's more precisely 58.97 percent." [Transcript: 3124:10-12] Also see testimony of Dr. David Rochester on the appropriateness of reliance on the price/book ratio: "And I think you can see, since I'm relying heavily on price-to-book, even though other things are changing, earnings and assets, et cetera, are changing as I go through the exclude Monroe, exclude incremental earning assets and exclude Monroe and the incremental earning assets, how consistent my price-to-book ratio stays, all the way across the page. And I think that shows some consistency in my valuation technique that I'm following." [Transcript: 4786:25-4787:7]

In its Opinion and Order, the Court also concluded that ". . . First Federal would have used $21.7 million in NOLs until they expired at the end of 1992, from which the Association would have derived a benefit of nearly $7.4 million."[5] As noted, this benefit was not included in my offset calculation, which was prepared before the loss of NOLs had been focused upon as an element of First Federal's damages. Because the Court found that the loss of those NOLs caused First Federal to lose $7.4 million in tax benefits and because such benefits would have increased First Federal's preconversion capital, it seems appropriate to account for that additional capital in reevaluating First Federal's conversion proceeds.

Accordingly, in a second recalculation of First Federal's conversion proceeds, I have added to First Federal's capital account $7.391 million of after-tax benefits, spread in six equal installments of $1.232 million from the September 1991 quarter to the December 1992 quarter. The total adjustment of $7.391 million in after-tax benefits appears in the third set of PX 8000 exhibits ("Recalculated Pursuant to the Court's Order - $7.4 Million Tax Benefit") page 77, column E. The addition of these after-tax benefits offsets almost exactly the after-tax effect of the reduced restructuring charges on First Federal's pre-conversion GAAP net worth. Following the same procedure used above, a revised gross conversion proceeds amount of $220 million produces a pro forma price/book ratio after conversion of 58.93%, compared to the same ratio of 58.97% presented at trial. Thus, the gross proceeds from the conversion are unchanged when the effects of both the reduced restructuring charges and the added tax benefits are included. However, the earnings impact of those two adjustments is not identical, and the recalculated offset, including the tax benefits, is $8.061 million, compared to $7.962 million, as presented at trial. The detailed calculations are shown in the third set of exhibits, PX 8000, pages 59, 60, 73, 76, and 77, "Recalculated Pursuant to the Court's Order-Tax Benefit of $7.4 Million."

---

[5] Opinion and Order, April 13, 2007, pages 51-52.

It therefore is my conclusion that the recalculated offset, pursuant to the Court's Order is $8.061 million, or $11.122 million, depending on whether the $7.4 million of tax benefits are included or excluded, respectively, in the recalculation.

The calculations in the attached exhibits were prepared for me at my direction and under my supervision for my review and use in this report.

Respectfully submitted,

Donald M. Kaplan

Donald M. Kaplan

Date: May 14, 2007

# Standard Conversion

## As Admitted at Trial

## First Federal Pro Forma Data for Conversion Analysis
## As of and For The Twelve Months Ended December 31, 1992
## (Dollar Amounts in Thousands)

| | |
|---|---|
| **Earnings:** | |
| First Fed's Actual Pre-Tax Earnings | 48,041 |
| Plus: Incremental Pre-Tax Earnings | 7,828 |
| Pro Forma Pre-Tax Earnings Before Goodwill Amortization | 55,869 |
| Income Taxes at 41 Percent | 22,906 |
| Pro Forma After Tax Earnings Before Goodwill Amortization | 32,963 |
| Less: Amortization of Original Acquisition Goodwill | 14,000 |
| Pro Forma After Tax Earnings - Tax Effected | 18,963 |
| **Net Worth:** | |
| First Fed's Actual GAAP Net Worth at 12/31/92 | 233,222 |
| Add Back Net Worth Eliminated by CT Mark to Market | 132,371 |
| Deduct Amortization of Acquisition Goodwill | (24,500) |
| Add Back Excess Tax Payments per GAAP for 1991-1992 | 23,600 |
| Reverse CT Acquisition Effects and Add Incremental Earnings | (169,136) |
| Pro Forma Net Worth Before Conversion | 195,557 |
| Less: Goodwill | (96,536) |
| Pro Forma Tangible Capital Before Conversion | 99,022 |
| **Assets:** | |
| First Fed's Actual Tangible Assets at 12/31/92 | 5,662,000 |
| Plus: Incremental Earning Assets | 917,000 |
| Less: Capital Account Adjustments Plus $23.6 Million Additional Net Worth | (145,536) |
| Pro Forma Tangible Assets | 6,433,464 |
| Plus: Pro Forma Goodwill | 96,536 |
| Pro Forma Total Assets (pre-conversion) | 6,530,000 |
| **Ratios:** | |
| GAAP Net Worth to Assets | 2.99% |
| Tangible Net Worth to Tangible Assets | 1.54% |
| Return on Assets (Fully Taxable Basis) | 0.29% |
| Return on End of Year GAAP Equity (Fully Taxable Basis) | 9.70% |

*Source: Kaplan Expert Report, Exhibit 15 (PX 737)*

# Standard Conversion

## As Admitted at Trial

## First Federal Conversion Proceeds, Earnings and Market Price Ratios
## (Dollar Amounts in Thousands)

| | Amounts |
|---|---|
| **Pro Forma Stockholders' Equity:** | |
| Gross Proceeds - | **$ 220,000** |
| Offering Expenses: | |
| Fixed Expenses | 2,500 |
| Commissions (2.75% on 80% of stock sold) | 4,840 |
| Reverse Professional Fees for CT Acquisition | (880) |
| | 6,460 |
| Management Recognition Program (MRP) (4% of total) | 8,800 |
| Employee Stock Ownership Program (ESOP) (7% of Total) | 15,400 |
| | 24,200 |
| Net Proceeds | 189,340 |
| Plus: Warrant Payment to FDIC in 1991 | 3,000 |
| Less: Value of Warrants for IPO | (14,828) |
| Net Increase in Capital | 177,512 |
| Plus: Pre-Conversion Net Worth (GAAP) | 195,557 |
| Total Pro Forma Net Worth | 373,069 |
| Less: Goodwill & Core Deposit Intangibles | (96,536) |
| Pro Forma Tangible Net Worth | 276,534 |
| **Pro Forma Earnings** | |
| Gross Return (6% = Avg. of Overall Yield and COF) | |
| After taxes of 41% | 6,284 |
| ESOP Amortization over 10 years (after tax) | (909) |
| MRP Amortization over 5 years (after-tax) | (1,038) |
| | 4,337 |
| Trailing Twelve Month Earnings at Pro Forma 41% Tax Rate | 18,963 |
| Total Pro Forma Earnings | 23,300 |
| **Pro Forma Assets:** | |
| Pre-Conversion Assets | 6,530,000 |
| Plus Proceeds | 177,512 |
| | 6,707,512 |

**Pro Forma Ratios:**

| | 1993 IPOs | All Public Co. at 7/28/93 | First Federal |
|---|---|---|---|
| Price/Earnings | 12.03 | 10.10 | 9.44 |
| Price/ Book | 59.50% | 98.00% | 58.97% |
| Price/Tangible Book | n.a. | 102.30% | 79.56% |
| Price/Assets | 8.18 | 8.02% | 3.28% |

*Source: Kaplan Report, Exhibit 16 (PX 737)*

# Lost Profits

## As Admitted at Trial

## First Federal's Lost Earnings Caused by the Breach - Base Case
## (Dollar Amounts in Thousands)

| Period | A<br>Incremental<br>Earning<br>Assets | B<br>Net Spread<br>on Incr.<br>Assets | C<br>Net<br>Interest<br>Income<br>(A x B) | D<br>Capital<br>Account<br>Adjustments | E<br>Rate on<br>Six-Month<br>Treasuries<br>(Average) | F<br>Earnings<br>on Capital<br>Acct. Adj.<br>(D x E ) | G<br>Restructuring<br>Earnings<br>Adjustments | H<br>Incremental<br>Pre-Tax<br>Earnings<br>(C + F + G) | I<br>Incremental<br>Pre-Tax<br>ROA<br>(H / A+D) |
|---|---|---|---|---|---|---|---|---|---|
| 1989 | 917,000 | | - | - | | - | - | - | |
| 1990 | 917,000 | 0.51% | 4,682 | 4,317 | 7.45% | 168 | - | 4,850 | 0.53% |
| 1991 | 917,000 | 0.87% | 7,978 | (178,761) | 5.44% | (6,127) | 4,000 | 5,850 | 0.72% |
| 1992 | 917,000 | 0.87% | 7,978 | (169,136) | 3.55% | (6,150) | 6,000 | 7,828 | 1.05% |
| 1993 | 928,254 | 0.87% | 8,002 | 16,672 | 3.12% | (1,648) | 1,500 | 7,854 | 0.91% |
| 1994 | 974,666 | 0.87% | 8,327 | 26,571 | 4.63% | 1,051 | - | 9,378 | 0.96% |
| 1995 | 1,023,400 | 0.87% | 8,743 | 35,606 | 5.57% | 1,771 | - | 10,514 | 1.01% |
| 1996 | 1,074,570 | 0.87% | 9,180 | 72,729 | 5.08% | 2,339 | (3,232) | 8,287 | 0.75% |
| 2/28/97 | 1,074,570 | 0.87% | 1,558 | 73,978 | 5.14% | 634 | - | 2,192 | 1.15% |
| | | 0.82% | 56,448 | (13,114) | | (7,962) | 8,268 | 56,754 | 0.86% |

| Damage Summary: | |
|---|---|
| Pre-Tax Earnings | 56,754 |
| Plus: Value of Monroe Deposits at 2/97 (6.14% of $472 million core deposits) | 28,981 |
| Total | 85,735 |

*Sources:*
Column A - Exhibit 10, column E
Column B - Exhibit 7, column I for 0.87% MBS-borrowing spread and Exhibit 8 for Monroe profitability (0.02% for first three quarters of 1990, 0.87% thereafter)
Column D - Exhibit 11, column H
Column E - Federal Reserve Board of Governors, Release H15
Column G - Memo from Mark Chaplin to First Federal Board of Directors dated April 12, 1991, rounded to $500,000 per month 5/91 to 3//93
The 1996 adjustment represents the one-time SAIF assessment (0.657% based on $492 million of deposits).

*Source: Kaplan Report, Exhibit 6 (PX 737)*

# Lost Profits

## As Admitted at Trial

## First Federal's Lost Assets Caused by the Breach
## (Dollar Amounts in Millions)

| Dec 31 | A<br>Actual Assets | B<br>Pro Forma Assets Excl. Monroe | C<br>Lost Earning Assets (B - A) | D<br>Monroe Earning Assets | E<br>Total Incremental Leverage (C + D) | F<br>Total Capital Adjust-ments | G<br>Incremental Tangible Assets (E + F) | H<br>Actual Tangible Assets | I<br>Pro Forma Tangible Assets (G + H) | J<br>Pro Forma Goodwill | K<br>Pro Forma Total Assets (I + J) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1989 | 5,640 | 6,040 | 400 | 517 | 917 | - | 917 | 5,518 | 6,435 | 150 | 6,584 |
| 1990 | 5,642 | 6,042 | 400 | 517 | 917 | 4 | 921 | 5,534 | 6,455 | 130 | 6,585 |
| 1991 | 5,408 | 5,808 | 400 | 517 | 917 | (179) | 738 | 5,408 | 6,147 | 112 | 6,259 |
| 1992 | 5,664 | 6,064 | 400 | 517 | 917 | (169) | 748 | 5,662 | 6,410 | 97 | 6,506 |
| 1993 | 6,251 | 6,651 | 405 | 523 | 928 | 17 | 945 | 6,241 | 7,186 | 87 | 7,273 |
| 1994 | 6,637 | 7,037 | 425 | 550 | 975 | 27 | 1,001 | 6,629 | 7,630 | 68 | 7,698 |
| 1995 | 7,217 | 7,617 | 446 | 577 | 1,023 | 36 | 1,059 | 7,212 | 8,271 | 48 | 8,318 |
| 1996 | 7,188 | 7,588 | 469 | 606 | 1,075 | 73 | 1,147 | 7,182 | 8,329 | 31 | 8,361 |
| 2/28/97 | 7,188 | 7,588 | 469 | 606 | 1,075 | 74 | 1,149 | 7,182 | 8,330 | 29 | 8,359 |

*Sources:*

Column A - First Federal TFR Reports

Columns B and C - Based on First Federal 1989 Business Plan and Affidavit of Mark Chaplin

Column D - Monroe Savings TFR Report dated September 30, 1989; total earning assets, fixed assets and real estate holdings are excluded from all calculations.

Column F - Exhibit 11, column H

Column H - First Federal TFR Reports, calculated as total assets less goodwill

Column J - Exhibit 9, column I

*Source: Kaplan Report, Exhibit 10 (PX 737)*

# Lost Profits

## As Admitted at Trial

## Adjustments to Capital Account
## (Dollar Amounts in Thousands)

| Period | A<br>CT Capital Infusion | B<br>Net Conversion Proceeds | C<br>Reverse CT Dividend Payments | D<br>First Fed Stockholder Dividends | E<br>Excess Tax Payments | F<br>Cumul Tax & Dividend Adjustments (Sum C, D, E) | G<br>Cumulative After-Tax Incremental Earnings | H<br>Total Capital Adjustments (A+B+F+G) |
|---|---|---|---|---|---|---|---|---|
| 1989 | - | - | - | - | - | - | - | - |
| 1990 | - | - | - | - | - | - | 4,317 | 4,317 |
| 1991 | (189,995) | - | 1,710 | - | - | 1,710 | 9,524 | (178,761) |
| 1992 | (189,995) | - | 2,659 | - | - | 4,369 | 16,490 | (169,136) |
| 1993 | (189,995) | 177,512 | 3,819 | - | - | 8,188 | 20,967 | 16,672 |
| 1994 | (189,995) | 177,512 | 4,553 | - | - | 12,741 | 26,313 | 26,571 |
| 1995 | (189,995) | 177,512 | 6,342 | (3,300) | - | 15,783 | 32,306 | 35,606 |
| 1996 | (189,995) | 177,512 | 38,999 | (6,600) | - | 48,182 | 37,030 | 72,729 |
| 2/97 | (189,995) | 177,512 | - | - | - | 48,182 | 38,279 | 73,978 |
| | | | 58,082 | (9,900) | - | | | |

*Sources:*

Column A - First Federal TFR Reports; initial infusion only

Column B - Exhibit 16

Column C - First Federal TFR Reports

Column D - Assumes First Federal initiated dividend payments two years following IPO in the amount of 3.00% of the IPO gross proceeds

Column G - Cumulative sum of pre-tax earnings from Exhibit 6, column H, tax-effected at 11.00% through December 1992 and 43% thereafter

*Source: Kaplan Report, Exhibit 11 (PX 737)*

# Standard Conversion

## Recalculated Pursuant to the Court's Order - No Tax Benefit
## First Federal Pro Forma Data for Conversion Analysis
## As of and For The Twelve Months Ended December 31, 1992
## (Dollar Amounts in Thousands)

| | |
|---|---|
| **Earnings:** | |
| First Fed's Actual Pre-Tax Earnings | 48,041 |
| Plus: Incremental Pre-Tax Earnings | 2,223 |
| Pro Forma Pre-Tax Earnings Before Goodwill Amortization | 50,264 |
| Income Taxes at 41 Percent | 20,608 |
| Pro Forma After Tax Earnings Before Goodwill Amortization | 29,655 |
| Less: Amortization of Original Acquisition Goodwill | 14,000 |
| Pro Forma After Tax Earnings - Tax Effected | 15,655 |
| **Net Worth:** | |
| First Fed's Actual GAAP Net Worth at 12/31/92 | 233,222 |
| Add Back Net Worth Eliminated by CT Mark to Market | 132,371 |
| Deduct Amortization of Acquisition Goodwill | (24,500) |
| Add Back Excess Tax Payments per GAAP for 1991-1992 | 23,600 |
| Reverse CT Acquisition Effects and Add Incremental Earnings | (176,507) |
| Pro Forma Net Worth Before Conversion | 188,186 |
| Less: Goodwill | (96,536) |
| Pro Forma Tangible Capital Before Conversion | 91,650 |
| **Assets:** | |
| First Fed's Actual Tangible Assets at 12/31/92 | 5,662,000 |
| Plus: Incremental Earning Assets | 917,000 |
| Less: Capital Account Adjustments Plus $23.6 Million Additional Net Worth | (152,907) |
| Pro Forma Tangible Assets | 6,426,093 |
| Plus: Pro Forma Goodwill | 96,536 |
| Pro Forma Total Assets (pre-conversion) | 6,522,629 |
| **Ratios:** | |
| GAAP Net Worth to Assets | 2.89% |
| Tangible Net Worth to Tangible Assets | 1.43% |
| Return on Assets (Fully Taxable Basis) | 0.24% |
| Return on End of Year GAAP Equity (Fully Taxable Basis) | 8.32% |

*Source: Kaplan Expert Report, Exhibit 15 (PX 737)*

# Standard Conversion

## Recalculated Pursuant to the Court's Order - No Tax Benefit

## First Federal Conversion Proceeds, Earnings and Market Price Ratios
## (Dollar Amounts in Thousands)

| | Amounts |
|---|---|
| **Pro Forma Stockholders' Equity:** | |
| Gross Proceeds - | **$ 211,750** |
| Offering Expenses: | |
| Fixed Expenses | 2,500 |
| Commissions (2.75% on 80% of stock sold) | 4,659 |
| Reverse Professional Fees for CT Acquisition | (880) |
| | 6,279 |
| Management Recognition Program (MRP) (4% of total) | 8,470 |
| Employee Stock Ownership Program (ESOP) (7% of Total) | 14,823 |
| | 23,293 |
| Net Proceeds | 182,179 |
| Plus: Warrant Payment to FDIC in 1991 | 3,000 |
| Less: Value of Warrants for IPO | (14,272) |
| Net Increase in Capital | 170,907 |
| Plus: Pre-Conversion Net Worth (GAAP) | 188,186 |
| Total Pro Forma Net Worth | 359,093 |
| Less: Goodwill & Core Deposit Intangibles | (96,536) |
| Pro Forma Tangible Net Worth | 262,557 |
| **Pro Forma Earnings** | |
| Gross Return (6% = Avg. of Overall Yield and COF) | |
| After taxes of 41% | 6,050 |
| ESOP Amortization over 10 years (after tax) | (875) |
| MRP Amortization over 5 years (after-tax) | (999) |
| | 4,176 |
| Trailing Twelve Month Earnings at Pro Forma 41% Tax Rate | 15,655 |
| Total Pro Forma Earnings | 19,832 |
| **Pro Forma Assets:** | |
| Pre-Conversion Assets | 6,522,629 |
| Plus Proceeds | 170,907 |
| | 6,693,536 |

**Pro Forma Ratios:**

| | 1993 IPOs | All Public Co. at 7/28/93 | First Federal | |
|---|---|---|---|---|
| Price/Earnings | 12.03 | 10.10 | 10.68 | |
| Price/ Book | 59.50% | 98.00% | 58.97% | (1) |
| Price/Tangible Book | n.a. | 102.30% | 80.65% | |
| Price/Assets | 8.18 | 8.02% | 3.16% | |

(1) Maintaining the 58.97% price/book ratio

*Source: Kaplan Report, Exhibit 16 (PX 737)*

# Lost Profits

## Recalculated Pursuant to the Court's Order - No Tax Benefit

### First Federal's Lost Earnings Caused by the Breach - Base Case
### (Dollar Amounts in Thousands)

| Period | A Incremental Earning Assets | B Net Spread on Incr. Assets | C Net Interest Income (A x B) | D Capital Account Adjustments | E Rate on Six-Month Treasuries (Average) | F Earnings on Capital Acct. Adj. (D x E ) | G Restructuring Earnings Adjustments | H Incremental Pre-Tax Earnings (C + F + G) | I Incremental Pre-Tax ROA (H / A+D) |
|---|---|---|---|---|---|---|---|---|---|
| 1989 | 917,000 | | - | - | | - | - | - | |
| 1990 | 917,000 | 0.51% | 4,682 | 4,317 | 7.45% | 168 | - | 4,850 | 0.53% |
| 1991 | 917,000 | 0.87% | 7,978 | (181,144) | 5.44% | (6,170) | 1,365 | 3,173 | 0.36% |
| 1992 | 917,000 | 0.87% | 7,978 | (176,507) | 3.55% | (6,340) | 585 | 2,223 | 0.30% |
| 1993 | 928,254 | 0.87% | 8,002 | 1,703 | 3.12% | (2,036) | 146 | 6,113 | 0.70% |
| 1994 | 974,666 | 0.87% | 8,327 | 11,200 | 4.63% | 346 | - | 8,673 | 0.90% |
| 1995 | 1,023,400 | 0.87% | 8,743 | 19,738 | 5.57% | 899 | - | 9,642 | 0.94% |
| 1996 | 1,074,570 | 0.87% | 9,180 | 56,392 | 5.08% | 1,518 | (3,232) | 7,466 | 0.69% |
| 2/28/97 | 1,074,570 | 0.87% | 1,558 | 57,561 | 5.14% | 493 | - | 2,051 | 1.09% |
| | | 0.82% | 56,448 | (22,971) | | (11,122) | (1,136) | 44,190 | 0.65% |

Damage Summary:

| | |
|---|---|
| Pre-Tax Earnings | 44,190 |
| Plus: Value of Monroe Deposits at 2/97 (6.14% of $472 million core deposits) | 28,981 |
| Total | 73,171 |

*Sources:*

Column A - Exhibit 10, column E
Column B - Exhibit 7, column I for 0.87% MBS-borrowing spread and Exhibit 8 for Monroe profitability (0.02% for first three quarters of 1990, 0.87% thereafter)
Column D - Exhibit 11, column H
Column E - Federal Reserve Board of Governors, Release H15
Column G - Memo from Mark Chaplin to First Federal Board of Directors dated April 12, 1991, rounded to $500,000 per month 5/91 to 3//93
The 1996 adjustment represents the one-time SAIF assessment (0.657% based on $492 million of deposits).

*Source: Kaplan Report, Exhibit 6 (PX 737)*

# Lost Profits

## Recalculated Pursuant to the Court's Order - No Tax Benefit

## First Federal's Lost Assets Caused by the Breach
## (Dollar Amounts in Millions)

| Dec 31 | A<br>Actual Assets | B<br>Pro Forma Assets Excl. Monroe | C<br>Lost Earning Assets (B - A) | D<br>Monroe Earning Assets | E<br>Total Incremental Leverage (C + D) | F<br>Total Capital Adjust-ments | G<br>Incremental Tangible Assets (E + F) | H<br>Actual Tangible Assets | I<br>Pro Forma Tangible Assets (G + H) | J<br>Pro Forma Goodwill | K<br>Pro Forma Total Assets (I + J) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1989 | 5,640 | 6,040 | 400 | 517 | 917 | - | 917 | 5,518 | 6,435 | 150 | 6,584 |
| 1990 | 5,642 | 6,042 | 400 | 517 | 917 | 4 | 921 | 5,534 | 6,455 | 130 | 6,585 |
| 1991 | 5,408 | 5,808 | 400 | 517 | 917 | (181) | 736 | 5,408 | 6,144 | 112 | 6,256 |
| 1992 | 5,664 | 6,064 | 400 | 517 | 917 | (177) | 740 | 5,662 | 6,402 | 97 | 6,499 |
| 1993 | 6,251 | 6,651 | 405 | 523 | 928 | 2 | 930 | 6,241 | 7,171 | 87 | 7,258 |
| 1994 | 6,637 | 7,037 | 425 | 550 | 975 | 11 | 986 | 6,629 | 7,615 | 68 | 7,683 |
| 1995 | 7,217 | 7,617 | 446 | 577 | 1,023 | 20 | 1,043 | 7,212 | 8,255 | 48 | 8,302 |
| 1996 | 7,188 | 7,588 | 469 | 606 | 1,075 | 56 | 1,131 | 7,182 | 8,313 | 31 | 8,344 |
| 2/28/97 | 7,188 | 7,588 | 469 | 606 | 1,075 | 58 | 1,132 | 7,182 | 8,314 | 29 | 8,343 |

*Sources:*

Column A - First Federal TFR Reports

Columns B and C - Based on First Federal 1989 Business Plan and Affidavit of Mark Chaplin

Column D - Monroe Savings TFR Report dated September 30, 1989; total earning assets, fixed assets and real estate holdings are excluded from all calculations.

Column F - Exhibit 11, column H

Column H - First Federal TFR Reports, calculated as total assets less goodwill

Column J - Exhibit 9, column I

*Source: Kaplan Report, Exhibit 10 (PX 737)*

# Lost Profits

## Recalculated Pursuant to the Court's Order - No Tax Benefit

### Adjustments to Capital Account
### (Dollar Amounts in Thousands)

| Period | A<br>CT Capital Infusion | B<br>Net Conversion Proceeds | C<br>Reverse CT Dividend Payments | D<br>First Fed Stockholder Dividends | E<br>Excess Tax Payments | F<br>Cumul Tax & Dividend Adjustments (Sum C, D, E) | G<br>Cumulative After-Tax Incremental Earnings | H<br>Total Capital Adjustments (A+B+F+G) |
|---|---|---|---|---|---|---|---|---|
| 1989 | - | - | - | - | - | - | - | - |
| 1990 | - | - | - | - | - | - | 4,317 | 4,317 |
| 1991 | (189,995) | - | 1,710 | - | - | 1,710 | 7,141 | (181,144) |
| 1992 | (189,995) | - | 2,659 | - | - | 4,369 | 9,119 | (176,507) |
| 1993 | (189,995) | 170,907 | 3,819 | - | - | 8,188 | 12,603 | 1,703 |
| 1994 | (189,995) | 170,907 | 4,553 | - | - | 12,741 | 17,547 | 11,200 |
| 1995 | (189,995) | 170,907 | 6,342 | (3,300) | - | 15,783 | 23,043 | 19,738 |
| 1996 | (189,995) | 170,907 | 38,999 | (6,600) | - | 48,182 | 27,298 | 56,392 |
| 2/97 | (189,995) | 170,907 | - | - | - | 48,182 | 28,467 | 57,561 |
| | | | 58,082 | (9,900) | - | | | |

*Sources:*

Column A - First Federal TFR Reports; initial infusion only

Column B - Exhibit 16

Column C - First Federal TFR Reports

Column D - Assumes First Federal initiated dividend payments two years following IPO in the amount of 3.00% of the IPO gross proceeds

Column G - Cumulative sum of pre-tax earnings from Exhibit 6, column H, tax-effected at 11.00% through December 1992 and 43% thereafter

*Source: Kaplan Report, Exhibit 11 (PX 737)*

# Standard Conversion

## Recalculated Pursuant to the Court's Order-$7.4 Million Tax Benefit
## First Federal Pro Forma Data for Conversion Analysis
## As of and For The Twelve Months Ended December 31, 1992
## (Dollar Amounts in Thousands)

| | |
|---|---|
| **Earnings:** | |
| First Fed's Actual Pre-Tax Earnings | 48,041 |
| Plus: Incremental Pre-Tax Earnings | 2,420 |
| Pro Forma Pre-Tax Earnings Before Goodwill Amortization | 50,461 |
| Income Taxes at 41 Percent | 20,689 |
| Pro Forma After Tax Earnings Before Goodwill Amortization | 29,772 |
| Less: Amortization of Original Acquisition Goodwill | 14,000 |
| Pro Forma After Tax Earnings - Tax Effected | 15,772 |
| **Net Worth:** | |
| First Fed's Actual GAAP Net Worth at 12/31/92 | 233,222 |
| Add Back Net Worth Eliminated by CT Mark to Market | 132,371 |
| Deduct Amortization of Acquisition Goodwill | (24,500) |
| Add Back Excess Tax Payments per GAAP for 1991-1992 | 23,600 |
| Reverse CT Acquisition Effects and Add Incremental Earnings | (168,900) |
| Pro Forma Net Worth Before Conversion | 195,793 |
| Less: Goodwill | (96,536) |
| Pro Forma Tangible Capital Before Conversion | 99,257 |
| **Assets:** | |
| First Fed's Actual Tangible Assets at 12/31/92 | 5,662,000 |
| Plus: Incremental Earning Assets | 917,000 |
| Less: Capital Account Adjustments Plus $23.6 Million Additional Net Worth | (145,300) |
| Pro Forma Tangible Assets | 6,433,700 |
| Plus: Pro Forma Goodwill | 96,536 |
| Pro Forma Total Assets (pre-conversion) | 6,530,236 |
| **Ratios:** | |
| GAAP Net Worth to Assets | 3.00% |
| Tangible Net Worth to Tangible Assets | 1.54% |
| Return on Assets (Fully Taxable Basis) | 0.24% |
| Return on End of Year GAAP Equity (Fully Taxable Basis) | 8.06% |

*Source: Kaplan Expert Report, Exhibit 15 (PX 737)*

# Standard Conversion

## Recalculated Pursuant to the Court's Order-$7.4 Million Tax Benefit

## First Federal Conversion Proceeds, Earnings and Market Price Ratios
## (Dollar Amounts in Thousands)

| | Amounts |
|---|---|
| **Pro Forma Stockholders' Equity:** | |
| Gross Proceeds - | **$ 220,000** |
| Offering Expenses: | |
| Fixed Expenses | 2,500 |
| Commissions (2.75% on 80% of stock sold) | 4,840 |
| Reverse Professional Fees for CT Acquisition | (880) |
| | 6,460 |
| Management Recognition Program (MRP) (4% of total) | 8,800 |
| Employee Stock Ownership Program (ESOP) (7% of Total) | 15,400 |
| | 24,200 |
| Net Proceeds | 189,340 |
| Plus: Warrant Payment to FDIC in 1991 | 3,000 |
| Less: Value of Warrants for IPO | (14,828) |
| Net Increase in Capital | 177,512 |
| Plus: Pre-Conversion Net Worth (GAAP) | 195,793 |
| Total Pro Forma Net Worth | 373,305 |
| Less: Goodwill & Core Deposit Intangibles | (96,536) |
| Pro Forma Tangible Net Worth | 276,769 |
| **Pro Forma Earnings** | |
| Gross Return (6% = Avg. of Overall Yield and COF) | |
| After taxes of 41% | 6,284 |
| ESOP Amortization over 10 years (after tax) | (909) |
| MRP Amortization over 5 years (after-tax) | (1,038) |
| | 4,337 |
| Trailing Twelve Month Earnings at Pro Forma 41% Tax Rate | 15,772 |
| Total Pro Forma Earnings | 20,109 |
| **Pro Forma Assets:** | |
| Pre-Conversion Assets | 6,530,236 |
| Plus Proceeds | 177,512 |
| | 6,707,748 |

**Pro Forma Ratios:**

| | 1993 IPOs | All Public Co. at 7/28/93 | First Federal | |
|---|---|---|---|---|
| Price/Earnings | 12.03 | 10.10 | 10.94 | |
| Price/ Book | 59.50% | 98.00% | 58.93% | (1) |
| Price/Tangible Book | n.a. | 102.30% | 79.49% | |
| Price/Assets | 8.18 | 8.02% | 3.28% | |

(1) Maintaining the 58.97% price/book ratio

*Source: Kaplan Report, Exhibit 16 (PX 737)*

# Lost Profits

## Recalculated Pursuant to the Court's Order-$7.4 Million Tax Benefit

## First Federal's Lost Earnings Caused by the Breach - Base Case
## (Dollar Amounts in Thousands)

| Period | A Incremental Earning Assets | B Net Spread on Incr. Assets | C Net Interest Income (A x B) | D Capital Account Adjustments | E Rate on Six-Month Treasuries (Average) | F Earnings on Capital Acct. Adj. (D x E ) | G Restructuring Earnings Adjustments | H Incremental Pre-Tax Earnings (C + F + G) | I Incremental Pre-Tax ROA (H / A+D) |
|---|---|---|---|---|---|---|---|---|---|
| 1989 | 917,000 | | - | - | | - | - | - | |
| 1990 | 917,000 | 0.51% | 4,682 | 4,317 | 7.45% | 168 | - | 4,850 | 0.53% |
| 1991 | 917,000 | 0.87% | 7,978 | (178,640) | 5.44% | (6,124) | 1,365 | 3,219 | 0.37% |
| 1992 | 917,000 | 0.87% | 7,978 | (168,900) | 3.55% | (6,143) | 585 | 2,420 | 0.32% |
| 1993 | 928,254 | 0.87% | 8,002 | 16,127 | 3.12% | (1,665) | 146 | 6,484 | 0.73% |
| 1994 | 974,666 | 0.87% | 8,327 | 26,011 | 4.63% | 1,026 | - | 9,352 | 0.96% |
| 1995 | 1,023,400 | 0.87% | 8,743 | 35,028 | 5.57% | 1,740 | - | 10,482 | 1.01% |
| 1996 | 1,074,570 | 0.87% | 9,180 | 72,133 | 5.08% | 2,309 | (3,232) | 8,257 | 0.75% |
| 2/28/97 | 1,074,570 | 0.87% | 1,558 | 73,380 | 5.14% | 629 | - | 2,187 | 1.14% |
| | | 0.82% | 56,448 | (13,394) | | (8,061) | (1,136) | 47,251 | 0.68% |

| Damage Summary: | |
|---|---|
| Pre-Tax Earnings | 47,251 |
| Plus: Value of Monroe Deposits at 2/97 (6.14% of $472 million core deposits) | 28,981 |
| Total | 76,232 |

*Sources:*

Column A - Exhibit 10, column E
Column B - Exhibit 7, column I for 0.87% MBS-borrowing spread and Exhibit 8 for Monroe profitability (0.02% for first three quarters of 1990, 0.87% thereafter)
Column D - Exhibit 11, column H
Column E - Federal Reserve Board of Governors, Release H15
Column G - Memo from Mark Chaplin to First Federal Board of Directors dated April 12, 1991, rounded to $500,000 per month 5/91 to 3//93
The 1996 adjustment represents the one-time SAIF assessment (0.657% based on $492 million of deposits).

*Source: Kaplan Report, Exhibit 6 (PX 737)*

# Lost Profits

## Recalculated Pursuant to the Court's Order-$7.4 Million Tax Benefit

## First Federal's Lost Assets Caused by the Breach

## (Dollar Amounts in Millions)

| Dec 31 | A<br>Actual Assets | B<br>Pro Forma Assets Excl. Monroe | C<br>Lost Earning Assets (B - A) | D<br>Monroe Earning Assets | E<br>Total Incremental Leverage (C + D) | F<br>Total Capital Adjust-ments | G<br>Incremental Tangible Assets (E + F) | H<br>Actual Tangible Assets | I<br>Pro Forma Tangible Assets (G + H) | J<br>Pro Forma Goodwill | K<br>Pro Forma Total Assets (I + J) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1989 | 5,640 | 6,040 | 400 | 517 | 917 | - | 917 | 5,518 | 6,435 | 150 | 6,584 |
| 1990 | 5,642 | 6,042 | 400 | 517 | 917 | 4 | 921 | 5,534 | 6,455 | 130 | 6,585 |
| 1991 | 5,408 | 5,808 | 400 | 517 | 917 | (179) | 738 | 5,408 | 6,147 | 112 | 6,259 |
| 1992 | 5,664 | 6,064 | 400 | 517 | 917 | (169) | 748 | 5,662 | 6,410 | 97 | 6,507 |
| 1993 | 6,251 | 6,651 | 405 | 523 | 928 | 16 | 944 | 6,241 | 7,185 | 87 | 7,273 |
| 1994 | 6,637 | 7,037 | 425 | 550 | 975 | 26 | 1,001 | 6,629 | 7,630 | 68 | 7,698 |
| 1995 | 7,217 | 7,617 | 446 | 577 | 1,023 | 35 | 1,058 | 7,212 | 8,270 | 48 | 8,318 |
| 1996 | 7,188 | 7,588 | 469 | 606 | 1,075 | 72 | 1,147 | 7,182 | 8,329 | 31 | 8,360 |
| 2/28/97 | 7,188 | 7,588 | 469 | 606 | 1,075 | 73 | 1,148 | 7,182 | 8,330 | 29 | 8,359 |

*Sources:*

Column A - First Federal TFR Reports

Columns B and C - Based on First Federal 1989 Business Plan and Affidavit of Mark Chaplin

Column D - Monroe Savings TFR Report dated September 30, 1989; total earning assets, fixed assets and real estate holdings are excluded from all calculations.

Column F - Exhibit 11, column H

Column H - First Federal TFR Reports, calculated as total assets less goodwill

Column J - Exhibit 9, column I

*Source: Kaplan Report, Exhibit 10 (PX 737)*

# Lost Profits

## Recalculated Pursuant to the Court's Order-$7.4 Million Tax Benefit

### Adjustments to Capital Account
### (Dollar Amounts in Thousands)

| Period | A<br>CT<br>Capital<br>Infusion | B<br>Net<br>Conversion<br>Proceeds | C<br>Reverse<br>CT Dividend<br>Payments | D<br>First Fed<br>Stockholder<br>Dividends | E<br>Excess<br>Tax<br>Payments | F<br>Cumul Tax<br>& Dividend<br>Adjustments<br>(Sum C, D, E) | G<br>Cumulative<br>After-Tax<br>Incremental<br>Earnings | H<br>Total<br>Capital<br>Adjustments<br>(A+B+F+G) |
|---|---|---|---|---|---|---|---|---|
| 1989 | - | - | - | - | - | - | - | - |
| 1990 | - | - | - | - | - | - | 4,317 | 4,317 |
| 1991 | (189,995) | - | 1,710 | - | 2,464 | 4,174 | 7,182 | (178,640) |
| 1992 | (189,995) | - | 2,659 | - | 4,927 | 11,760 | 9,335 | (168,900) |
| 1993 | (189,995) | 177,512 | 3,819 | - | - | 15,579 | 13,031 | 16,127 |
| 1994 | (189,995) | 177,512 | 4,553 | - | - | 20,132 | 18,362 | 26,011 |
| 1995 | (189,995) | 177,512 | 6,342 | (3,300) | - | 23,174 | 24,337 | 35,028 |
| 1996 | (189,995) | 177,512 | 38,999 | (6,600) | - | 55,573 | 29,043 | 72,133 |
| 2/97 | (189,995) | 177,512 | - | - | - | 55,573 | 30,290 | 73,380 |
| | | | 58,082 | (9,900) | 7,391 | | | |

*Sources:*

Column A - First Federal TFR Reports; initial infusion only

Column B - Exhibit 16

Column C - First Federal TFR Reports

Column D - Assumes First Federal initiated dividend payments two years following IPO in the amount of 3.00% of the IPO gross proceeds

Column G - Cumulative sum of pre-tax earnings from Exhibit 6, column H, tax-effected at 11.00% through December 1992 and 43% thereafter

*Source: Kaplan Report, Exhibit 11 (PX 737)*