# In the United States Court of Federal Claims

**No. 95-517 C**

**FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF ROCHESTER,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed June 19, 2007, stating that there is no just reason for delay, as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date that the plaintiff recover of and from the United States the sum of $85,459,000.00, as to all plaintiff's claims except any claim for attorneys' fees and related nontaxable expenses pursuant to Section 8.10 (or otherwise).

Brian Bishop
Clerk of Court

**June 19, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.