United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

June 20, 2007

David Taylor Case, Esq.

Kirkpatrick & Lockhart, et al.

1601 K Street, NW

2nd Floor

Washington, DC 20006

In re: First Federal Savings and Loan Assoc. Of Rochester v. United States,

No. 95-517 C

Dear Mr. Case:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated June 19, 2007, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk Operations

Enclosures

cc: Arlene Pianko Groner, Esq., Dept. Of Justice