ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
AUG 17 2007
U.S. COURT OF FEDERAL CLAIMS

**FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF ROCHESTER,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

**No. 95-517**
**(Judge George Miller)**

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from the judgment in No. 95-517C, entered on June 19, 2007, including (but not limited to): (1) the order for entry of final judgment in No. 95-517C, entered on June 19, 2007; (2) the published opinion and order in No. 95-517C, entered on June 19, 2007; (3) the published opinion and order in No. 95-517C, entered on April 13, 2007; (4) the published opinion and order in No. 95-517C, entered on February 9, 2004; and (5) the published opinion and order in No. 95-517C, entered on October 14, 2003.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

KENNETH M. DINTZER
Assistant Director

Arlene Pianko Groner
ARLENE PIANKO GRONER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0162
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:
WILLIAM G. KANELLIS
DELISA M. SANCHEZ

August 17, 2007

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on this 17th day of August 2007, I caused to be mailed by first class, U.S. mail a copy of Defendant's Notice of Appeal to counsel for plaintiff:

David T. Case
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006